Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 12, 2025

**Chapter 13 Case # 20-22096**

Re:   KELLY E DIMARCO  
6 WILLOW TERRACE  
ANDOVER, NJ  07821

Atty:   RODNEY NELSON, ESQ.  
52 TOWER HILL LN  
BUTLER, NJ  07405

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/10/2020 | $200.00 | | 11/30/2020 | $200.00 | |
| 12/28/2020 | $200.00 | | 01/25/2021 | $200.00 | |
| 02/26/2021 | $200.00 | | 03/26/2021 | $200.00 | |
| 04/26/2021 | $200.00 | | 05/28/2021 | $200.00 | |
| 06/25/2021 | $200.00 | | 07/23/2021 | $200.00 | |
| 08/27/2021 | $200.00 | | 09/24/2021 | $200.00 | |
| 10/22/2021 | $200.00 | | 11/29/2021 | $200.00 | |
| 12/27/2021 | $200.00 | | 01/28/2022 | $200.00 | |
| 02/28/2022 | $200.00 | | 03/25/2022 | $200.00 | |
| 04/22/2022 | $200.00 | | 05/27/2022 | $200.00 | |
| 06/27/2022 | $200.00 | | 07/22/2022 | $200.00 | |
| 08/26/2022 | $200.00 | | 09/23/2022 | $200.00 | |
| 10/28/2022 | $200.00 | | 11/28/2022 | $200.00 | |
| 12/23/2022 | $200.00 | | 01/27/2023 | $200.00 | |
| 02/27/2023 | $200.00 | | 03/24/2023 | $200.00 | |
| 05/01/2023 | $200.00 | | 05/26/2023 | $200.00 | |
| 06/26/2023 | $200.00 | | 07/28/2023 | $200.00 | |
| 08/25/2023 | $200.00 | | 09/22/2023 | $200.00 | |
| 10/27/2023 | $200.00 | | 11/27/2023 | $200.00 | |
| 12/22/2023 | $200.00 | | 01/26/2024 | $200.00 | |
| 02/26/2024 | $200.00 | | 03/22/2024 | $200.00 | |
| 04/29/2024 | $200.00 | | 05/24/2024 | $200.00 | |
| 06/28/2024 | $200.00 | | 07/26/2024 | $200.00 | |
| 08/23/2024 | $200.00 | | 09/27/2024 | $200.00 | |
| 10/25/2024 | $200.00 | | 11/22/2024 | $200.00 | |
| 12/30/2024 | $200.00 | | 01/27/2025 | $200.00 | |
| 02/28/2025 | $200.00 | | 03/28/2025 | $200.00 | |
| 04/28/2025 | $200.00 | | 05/23/2025 | $200.00 | |
| 06/27/2025 | $200.00 | | 07/25/2025 | $200.00 | |
| 08/22/2025 | $200.00 | | 09/26/2025 | $200.00 | |

**Total Receipts: $12,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $12,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 716.00 | |
| ATTY | ATTORNEY | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,373.00 | * | 3,516.72 | |
| 0003 | CLARA MAASS HEALTH CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 3,088.19 | * | 2,483.49 | |
| 0007 | FED LOAN SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 2,355.79 | 100.00% | 2,355.79 | |
| 0010 | PHILA/PHARM | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 178.00 | 100.00% | 178.00 | |

**Total Paid: $12,000.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 03/13/2023 | $115.58 | 906991 | 04/17/2023 | $110.77 | 908577 |
| | 05/15/2023 | $109.60 | 910198 | 06/12/2023 | $109.61 | 911662 |
| | 07/17/2023 | $109.60 | 913183 | 08/14/2023 | $109.60 | 914701 |
| | 09/18/2023 | $109.60 | 916197 | 10/16/2023 | $109.60 | 917679 |
| | 11/13/2023 | $107.84 | 919117 | 12/11/2023 | $107.84 | 920534 |
| | 01/08/2024 | $107.84 | 921917 | 02/12/2024 | $107.86 | 923271 |
| | 03/11/2024 | $107.83 | 924721 | 04/15/2024 | $107.85 | 926160 |
| | 05/10/2024 | $107.83 | 927631 | 06/17/2024 | $107.84 | 929034 |
| | 07/15/2024 | $107.84 | 930518 | 08/19/2024 | $111.36 | 931933 |
| | 09/16/2024 | $111.38 | 933393 | 10/21/2024 | $111.36 | 934795 |
| | 11/18/2024 | $110.17 | 936275 | 12/16/2024 | $110.19 | 937662 |
| | 01/13/2025 | $110.19 | 939105 | 02/10/2025 | $110.19 | 940464 |
| | 03/17/2025 | $110.19 | 941856 | 04/14/2025 | $110.19 | 943315 |
| | 05/12/2025 | $110.18 | 944750 | 06/16/2025 | $111.36 | 946161 |
| | 07/14/2025 | $111.36 | 947611 | 08/18/2025 | $111.35 | 949006 |
| | 09/16/2025 | $111.36 | 950325 | 10/20/2025 | $111.36 | 951763 |

**Chapter 13 Case # 20-22096**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 03/13/2023 | $81.63 | 907090 | | 04/17/2023 | $78.23 | 908695 |
| | 05/15/2023 | $77.40 | 910295 | | 06/12/2023 | $77.39 | 911768 |
| | 07/17/2023 | $77.40 | 913288 | | 08/14/2023 | $77.40 | 914806 |
| | 09/18/2023 | $77.40 | 916301 | | 10/16/2023 | $77.40 | 917778 |
| | 11/13/2023 | $76.16 | 919225 | | 12/11/2023 | $76.16 | 920640 |
| | 01/08/2024 | $76.16 | 922016 | | 02/12/2024 | $76.14 | 923375 |
| | 03/11/2024 | $76.17 | 924829 | | 04/15/2024 | $76.15 | 926267 |
| | 05/10/2024 | $76.17 | 927739 | | 06/17/2024 | $76.16 | 929152 |
| | 07/15/2024 | $76.16 | 930617 | | 08/19/2024 | $78.64 | 932044 |
| | 09/16/2024 | $78.62 | 933494 | | 10/21/2024 | $78.64 | 934903 |
| | 11/18/2024 | $77.83 | 936382 | | 12/16/2024 | $77.81 | 937760 |
| | 01/13/2025 | $77.81 | 939205 | | 02/10/2025 | $77.81 | 940559 |
| | 03/17/2025 | $77.81 | 941953 | | 04/14/2025 | $77.81 | 943413 |
| | 05/12/2025 | $77.82 | 944857 | | 06/16/2025 | $78.64 | 946270 |
| | 07/14/2025 | $78.64 | 947714 | | 08/18/2025 | $78.65 | 949095 |
| | 09/16/2025 | $78.64 | 950426 | | 10/20/2025 | $78.64 | 951869 |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 01/10/2022 | $55.00 | 883849 | | 02/14/2022 | $190.00 | 885523 |
| | 03/14/2022 | $190.00 | 887246 | | 04/18/2022 | $193.00 | 888911 |
| | 05/16/2022 | $193.00 | 890653 | | 06/20/2022 | $193.00 | 892319 |
| | 07/18/2022 | $193.00 | 894068 | | 08/15/2022 | $193.00 | 895633 |
| | 09/19/2022 | $193.00 | 897213 | | 10/17/2022 | $193.00 | 898896 |
| | 11/14/2022 | $189.00 | 900460 | | 12/12/2022 | $189.00 | 902031 |
| | 01/09/2023 | $189.00 | 903524 | | 02/13/2023 | $2.79 | 905027 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 02/13/2023 | $178.00 | 8003361 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 12, 2025.

Receipts: $12,000.00    -    Paid to Claims: $8,534.00    -    Admin Costs Paid: $3,466.00    =    Funds on Hand: $0.00

Base Plan Amount: $12,000.00    -    Receipts: $12,000.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.