| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>In Re: Kelly E. DiMarco<br>FKA Kelly Nutile<br>6 Willow Terrace<br>Andover, NJ 07821<br>SS: 6572 | Case No.: 20-22096-JKS<br>Chapter: 13<br>Judge: John K. Sherwood |

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ — 2025 NOV 24 P 3: — JEANNE A. NAUGHTON, CLERK*

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Kelly DiMarco__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __11-21-2025__                             __[signature]__
                                                                  Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

The DiMarco Family
6 Willow Terrace
Andover, NJ 07821

07102-957217

District of New Jersey: Bankruptcy Court
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

DV DANIELS NJ 070
22 NOV 2025 PM 4 L

FOREVER / USA